FILED

08 FEB 27 PM 4:53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 0549 LAB |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| SERGIO URUETA-HERREJON, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about February 17, 2008, within the Southern District of California, defendant SERGIO URUETA-HERREJON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Zenai Salmeron-Valle, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//
//
//
//

WMC:fer:Imperial
2/26/08

<u>Count 2</u>

On or about February 17, 2008, within the Southern District of California, defendant SERGIO URUETA-HERREJON, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Israel Salmeron-Valle, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 3</u>

On or about February 17, 2008, within the Southern District of California, defendant SERGIO URUETA-HERREJON, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Bogar Paul-Mendez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney