```
 1  STEVEN F. HUBACHEK
    California State Bar Number 147703
 2  DAVID M.C. PETERSON
    California Bar No. 254498
 3  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 4  San Diego, California  92101-5008
    Telephone No. (619) 234-8467
 5
 6  Attorneys for Defendant Urueta
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0549-LAB |
| Plaintiff, | |
| v. | MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF 25 PAGES |
| SERGIO URUETA-HERREJON, | |
| Defendant. | |

The above-named defendant, Sergio Urueta-Herrejon, by and through counsel, moves this Court for an order granting leave to file motions over twenty-five pages due to complexity of the issues in this case, which include a motion to dismiss the indictment and three suppression motions.

Respectfully submitted,

/s/ Steven F. Hubachek

Dated: March 24, 2008

STEVEN F. HUBACHEK
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Urueta