UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08CR0549-LAB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER ALLOWING MOTION IN |
| SERGIO URUETA-HERREJON, | ) ) | EXCESS OF 25 PAGES |
| Defendant. | ) ) ) | |

Good cause having been shown   **IT IS HEREBY ORDERED** that counsel for the above-captioned defendant may file motions in excess of twenty-five pages, **but not more than 35 pages**.

**SO ORDERED.**

DATED: March 26, 2008

*[signature]*

**H**ONORABLE **L**ARRY **A**LAN **B**URNS
United States District Judge