1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone: (619) 266-0389
3  Fax:        (619) 501-2493

4  Attorney for Material Witness

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No.08cr0549-LAB |
| Plaintiff ) | |
| v. ) | NOTICE OF MOTION; MOTION FOR VIDEOTAPE DEPOSITION, |
| SERGIO URUETA-HERREJON ) | AND RELEASE OF MATERIAL WITNESS; |
| Defendant ) | Hearing Date: April 17, 2008<br>Time:         10:30 a.m.<br>Court:        5<br>Judge:        Hon. Barbara Lynn Major |

TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY, STEVEN HUBACHEK, ATTORNEY FOR DEFENDANT, SERGIO URUETA-HERREJON,

PLEASE TAKE NOTICE that on April 17,, 2008, at 10:30 a.m., counsel will move this court for an order to take the deposition of the material witness BOGAR PAUL-MENDEZ.

**MOTION**

BOGAR PAUL-MENDEZ, through his counsel, CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15, 8 U.S.C Section 1324 (d) , 18 U.S.C. Section 3144, and 18 U.S.C.

No.08cr0549-LAB

1 Section 3142, hereby moves this court for an order to take his disposition by videotape.

2     This motion is based upon the accompanying points and authorities, the records in the

3 above-entitled case and all matters submitted to the court prior to the determination of this

4 motion.

6 Dated:   3/28/08                                    /S/Ciro Hernandez
                                                                   CIRO HERNANDEZ
                                                                   Attorney for material witness

28                                       No.08cr0549-LAB