1 CIRO HERNANDEZ, ESQ SB#174791
551 Third Avenue
2 Chula Vista, CA 91910
Telephone:    (619) 266-0389
3 Fax:            (619) 501-2493

4 Attorney for Material Witness

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 08cr0549LAB |
| Plaintiff ) | |
| v. ) | CERTIFICATE OF SERVICE |
| SERGIO URUETA-HERREJON ) | |
| Defendant ) | |

    Counsel for material witness, BOGAR PAUL-MENDEZ, certifies that the foregoing motion, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronicly served this day upon.

Steven Hubachek Steven_Hubachek@fd.org, Angelica_Hernandez@fd.org

Rebecca Kanter Rebecca.Kanter@usdoj.gov, diana.ortiz@usdoj.gov, efile.dkt.gc1@usdoj.gov

Dated: March 28, 2008                    /S/ Ciro Hernandez
                                         CIRO HERNANDEZ

08cr0549LAB