1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:   (619) 266-0389
3  Fax:          (619) 501-2493

4  Attorney for Material Witness

5

6                      **UNITED STATES DISTRICT COURT**

7                    **SOUTHERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA          )          Criminal Case No. 08cr0549LAB
                                      )
10           Plaintiff               )
                                      )
11           v.                      )          CERTIFICATE OF SERVICE
                                      )
12  SERGIO URUETA-HERREJON           )
                                      )
13           Defendant               )
   _____)

14

15

16       Counsel for material witness,  BOGAR PAUL-MENDEZ,   certifies that the foregoing

17  motion, is true and accurate to the best of his  information and belief, and that a copy of the

18  foregoing has been electronicly served this day upon.

19

20  Steven Hubachek Steven_Hubachek@fd.org, Angelica_Hernandez@fd.org

21  Rebecca Kanter Rebecca.Kanter@usdoj.gov, diana.ortiz@usdoj.gov, efile.dkt.gc1@usdoj.gov

22

23  Dated: March 28, 2008                    /S/ Ciro Hernandez
                                             CIRO HERNANDEZ
24

25

26

27

28                                    08cr0549LAB