# Exhibit A

Case 3:08-cr-00549-LAB   Document 21-2   Filed 04/07/2008   Page 1 of 13

## United States v. Urueta-Herrejon
### 08cr0549-LAB

### Interview of Sergio Urueta-Herrejon

| | |
|---|---|
| Agent: | Do you understand that our conversation is being recorded? |
| Urueta-Herrejon: | Yes. |
| Agent: | I am an official of the United States' Department of Internal Security authorized to administer oaths and take testimony regarding the execution of immigration and naturalization laws and the internal security of the United States. I wish to take your declaration under oath due to you crossing people illegally in to the United States, but before we ask you questions, you must understand your rights. You have the right to remain silent, anything you say can be used against you in a law, administrative or immigration proceeding. You have the right to speak to an attorney so he may counsel you before we question you and to have him present during the questioning. If you do not have money for an attorney, one can be provided for you before we ask you any questions if you wish. If you wish to answer our questions without an attorney you also have the right to stop answering until you speak to an attorney. Do you understand your rights? |
| Urueta-Herrejon: | Yes. |
| Agent: | Are you now willing to answer my questions, under oath without an attorney? |
| Urueta-Herrejon: | Well...Just a question. Can I ask a question? |
| Agent: | Yes. |
| Urueta-Herrejon: | The people that you get like this. Do you deport them to Mexico? |
| Agent: | The person who is driving the vehicle? |
| Urueta-Herrejon: | Yes. |
| Agent: | Yes, but we are talking about this. Are you willing to speak to me without the presence of an attorney? |
| Urueta-Herrejon: | Yes. |
| Agent: | Raise your right hand. Do you swear. . . Do you swear that all the statements you make will be the truth and nothing but the truth so help |

|                  |                                                                                                                      |
|------------------|----------------------------------------------------------------------------------------------------------------------|
|                  | you God?                                                                                                             |
| Urueta-Herrejon: | Yes.                                                                                                                 |
| Agent:           | Good. Put your hand down. Look young man, tell me your complete and correct name.                                    |
| Urueta-Herrejon: | Sergio Urueta-Herrejon.                                                                                              |
| Agent:           | Sergio when where you born?                                                                                          |
| Urueta-Herrejon: | October 4th of '82.                                                                                             |
| Agent:           | And where were you born?                                                                                             |
| Urueta-Herrejon: | Morelia, Michoacan.                                                                                                  |
| Ag ent:          | What country are you a citizen of?                                                                                   |
| Urueta-Herrejon: | Mexican.                                                                                                             |
| Agent:           | Have you at any time in your life had documents to be in the United States legally?                                  |
| Urueta-Herrejon: | No.                                                                                                                  |
| Agent:           | No, but Sergio today Immigration arrested you. What type of vehicle were you driving and what is it that you had inside? |
| Urueta-Herrejon: | The vehicle, I don't know. I don't know how...                                                                       |
| Agent:           | What is it a motor home or what is it a small car or a big car? What is it?                                          |
| Urueta-Herrejon: | A big car.                                                                                                           |
| Agent:           | And what is it exactly that you had in that big car?                                                                 |
| Urueta-Herrejon: | People.                                                                                                              |
| Agent:           | What kind of people?                                                                                                 |
| Urueta-Herrejon: | What can we call them?                                                                                               |
| Agent:           | People that are here legally or illegally or illegals or what?                                                       |
| Urueta-Herrejon: | Illegals.                                                                                                            |

Agent: And you, where did you pick-up these people?

Urueta-Herrejon: About 5 kilometers before. . .

Agent: On what road did you pick them up?

Urueta-Herrejon: I don't know it. I don't know it well.

Agent: And how did you know to get where the people were?

Urueta-Herrejon: Mmm... I don't remember the street well.

Agent: The freeway, which one was it? The 8? The 98? Which one was it?

Urueta-Herrejon: I think it was the 8.

Agent: And how is it that you knew to look for those people there?

Urueta-Herrejon: There were just going to be there.

Agent: How did you know that was the question?

Urueta-Herrejon: They told me they would be there.

Agent: Who told you that?

Urueta-Herrejon: The person that was there. I think there was a man in the car.

Agent: That person told you to go look for the people?

Urueta-Herrejon: Yes.

Agent: Where were you going to take...when you picked up the people, where did you think you would arrive with them?

Urueta-Herrejon: To a Wal-Mart.

Agent: Where?

Urueta-Herrejon: Here in Calexico.

Agent: In Calexico. What was going to happen there?

Urueta-Herrejon: Just there. I don't know anything after. . .

Agent: You were going to turn in?

| | |
|---|---|
| Urueta-Herrejon: | Yes that is all I knew. There were going to take me again to where they had me. |
| Agent: | When did you come in to the United States? |
| Urueta-Herrejon: | About 8-10 days ago. |
| Agent: | 8-10 days. Where did you cross through? |
| Urueta-Herrejon: | Here. The times they caught me they threw me through Mexicali. |
| Agent: | Yes, but where did you cross through? Through the city, outside the city? |
| Urueta-Herrejon: | No. I do not know. I do not know here. |
| Agent: | Who picked you up? |
| Urueta-Herrejon: | Another person. I don't know. I don't know anyone. My family member was the one that were going to pay the person who crossed me. I have brothers that were born here and they were going to pay. |
| Agent: | The crossing? |
| Urueta-Herrejon: | Yes, the crossing. |
| Agent: | So, right now you have been 8 days in a house? |
| Urueta-Herrejon: | In a trailer,[1] like a camper. |
| Agent: | For 8 days you were in a trailer? |
| Urueta-Herrejon: | Yes. I could not walk well. I twisted my foot. I could not walk? |
| Agent: | They would bring you food there and everything? |
| Urueta-Herrejon: | Yes. |
| Agent: | Clothes and everything? |
| Urueta-Herrejon: | No, I'm wearing the same one and I bought, a family member brought me some clothes. |
| Agent: | These 8 days you were... |

---

[1] "Remolque."

| | |
|---|---|
| Urueta-Herrejon: | Yes, just there locked up in the trailer. Just there. |
| Agent: | What is the trailer? |
| Urueta-Herrejon: | Well, it is like... |
| Agent (2): | Like a trailer. |
| Agent: | The people that were there. What exactly did they tell you? |
| Urueta-Herrejon: | That when I felt well...so they could take me. |
| Agent: | How is it that today we arrested you driving a... |
| Urueta-Herrejon: | It is because they asked me to as a favor to drive the bus. |
| Agent: | So, they gave you the truck. When did they give you the truck? |
| Urueta-Herrejon: | I had not been an hour. Less than an hour. |
| Agent: | And you...do you know around here? |
| Urueta-Herrejon: | No. |
| Agent: | And how is it that someone is going to give a person a truck and send him to get people? |
| Urueta-Herrejon: | Well, they told me that there were good signs and kind of how to get there. |
| Agent: | And with that you got there? |
| Urueta-Herrejon: | Yes. |
| Agent: | What did you do when you got to the point where you had to go? |
| Urueta-Herrejon: | I stopped. |
| Agent: | What happened after that? When you got to the 8 on the spot where you stopped. What happened? The people were there or what? |
| Urueta-Herrejon: | Yes, they were there. There was a couple of people there. |
| Agent: | They got on the bus or what? |
| Urueta-Herrejon: | Yes. |

| | |
|---|---|
| Agent: | What did you do after that? |
| Urueta-Herrejon: | I kept going. |
| Agent: | Where did you get off the 8? |
| Urueta-Herrejon: | There... They told me there would be signs to Calexico. |
| Agent: | That is where you got down? |
| Urueta-Herrejon: | Yes. |
| Agent: | And when Immigration was behind you with the lights and the siren, why didn't you stop? |
| Urueta-Herrejon: | I did not think it was a patrol car because it did not stop me before. |
| Agent: | How is that possible? You are the only two vehicles on the road, the lights are on and the siren. He was following you with the lights and all that on for more than one or two miles. |
| Urueta-Herrejon: | He did not stop me before. |
| Agent: | He was behind you for plenty of time with the lights on. |
| Urueta-Herrejon: | No. |
| Agent: | Why didn't you stop? |
| Urueta-Herrejon: | I did not go any faster or anything. I did not think that... |
| Agent: | Well, you could not go any faster because the truck you were driving does not go any faster. |
| Urueta-Herrejon: | I would of stopped right away if... |
| Agent: | You didn't stop. |
| Urueta-Herrejon: | I did not see that it was a patrol car or else I would have stopped before. |
| Agent: | You took a long time running. |
| Urueta-Herrejon: | I would have stopped before. |
| Agent: | Well you didn't stop. |

| | |
|---|---|
| Urueta-Herrejon: | It is because... If I would have... |
| Agent: | Look I want to know how it is possible that you did not see him when he was behind you and he is in a range where you can see him through the mirror. |
| Urueta-Herrejon: | No, I did not see him or I would have stopped before. |
| Agent: | Well you did not stop. |
| Urueta-Herrejon: | Well I would... |
| Agent: | And the only reason you stopped is why? |
| Urueta-Herrejon: | They blew out the tires. |
| Agent: | That is why you stopped. Because they blew the tire out. All the other miles they were following you, you did not stop. True or not true? |
| Urueta-Herrejon: | True. If I would have seen them I would have stopped. If I would have seen them I would have stopped. |
| Agent: | Kid, you were the only one with him on the road. |
| Urueta-Herrejon: | Yes, I know that... |
| Agent: | It was early enough, there was no traffic on the street. |
| Urueta-Herrejon: | I did not see the blue with red lights or I would have stopped before. |
| Agent: | But you are looking at the lights and listening to the siren. . . |
| Urueta-Herrejon: | No. I did not hear or I would have really stopped before. I did not hear it. |
| Agent: | Okay. It does not matter. I am telling you that they were following you for a couple of miles with the lights and siren on. You are telling me that you did not see it, but I find that hard to believe. |
| Urueta-Herrejon: | Seriously, I did not see it. |
| Agent: | And you, when you left the people in Calexico, what were you going to do with them? |
| Urueta-Herrejon: | They were going to take me to where I was. |
| Agent: | What was going to happen after that? |

| | |
|---|---|
| Urueta-Herrejon: | I don't know. They were just going to take me and later cross me to get to my family. |
| Agent: | Where were you going to stay? |
| Urueta-Herrejon: | With my family here in Los Angeles. |
| Agent: | Where you going to pay something for that? |
| Urueta-Herrejon: | My family is the one, my brothers were the ones that were going to pay. |
| Agent: | How much were they going to pay? |
| Urueta-Herrejon: | I don't know. I don't know what arrangements they made. They were just going to pay. |
| Agent: | For driving, why did you drive for them then? |
| Urueta-Herrejon: | (Inaudible) bridge. Who knew how to drive. They asked who could drive. I know how to drive. They had 3 other persons there. |
| Agent: | In that house. |
| Urueta-Herrejon: | Yes in the trailer and if I could drive the bus. They knew... They saw my license. I could drive. I told them that if there was not going to be a problem I would help them. I would help them out. Just that. |
| Agent: | They were not going to give you a discount for driving or anything? |
| Urueta-Herrejon: | They did not say anything. |
| Agent: | Don't you know it is against the law to traffick indocumented people? |
| Urueta-Herrejon: | No, yes. |
| Agent: | Yes or No? |
| Urueta-Herrejon: | Well, I don't know. |
| Agent: | You think that... |
| Urueta-Herrejon: | I don't know how the laws are here. |
| Agent: | When you crossed, you did not cross there... |
| Urueta-Herrejon: | No, no. . . |

| | |
|---|---|
| Agent: | . . .out in the open and thinking that it was not against the law when they picked you up.  True or not true? |
| Urueta-Herrejon: | Yes. |
| Agent: | Well, then these people that they crossed, what did you think?  That it was right to pick them up? |
| Urueta-Herrejon: | No. |
| Agent: | What did you think then?  You knew it was against the law? |
| Urueta-Herrejon: | Yes. |
| Agent: | Why did you do it then? |
| Urueta-Herrejon: | I don't know. |
| Agent: | You... When they blew out your tires... what did you do? |
| Urueta-Herrejon: | I stopped right away. |
| Agent: | You stopped and what did you do after? Where you still behind the wheel? |
| Urueta-Herrejon: | I just sat down. |
| Agent: | You sat down or you tried to hide with the people? |
| Urueta-Herrejon: | I sat on the side. |
| Agent: | A person that does not think they are doing something wrong does not throw himself back. |
| Urueta-Herrejon: | I just sat on the side.  I did not throw myself back. |
| Agent: | Because you couldn't.  The agents got you fairly quickly. |
| Urueta-Herrejon: | No.  I just sat there.  That was all I did. |
| Agent: | You young man, have you done this on other occasions? |
| Urueta-Herrejon: | No. I have never been here in the United States.  Just, it is the first time I come. |
| Urueta-Herrejon: | No.  You have more arrests.  How many arrests do you have by us? |

| | |
|---|---|
| Urueta-Herrejon: | Three times that they got me crossing here, here to the United States. Three times to cross, but no...I have never been (inaudible). |
| Agent: | You have never had any problems? |
| Urueta-Herrejon: | I have never had any problems. |
| Agent: | Well kid, the person who gave you that truck; you do not know their name?<br>Is it the same person who got you 8 days ago? |
| Urueta-Herrejon: | I don't know what person it is. |
| Agent: | You have to know what person said here you go. |
| Urueta-Herrejon: | When the people go give you food it is one or another, they feed you and go; just like that. |
| Agent: | Who is the one that told you to go look for the people? |
| Urueta-Herrejon: | One of the ones that were there. One of the guys that fed us. |
| Agent: | You did not know any of them? |
| Urueta-Herrejon: | No, I don't know... |
| Agent: | By name, nickname nothing like that? |
| Urueta-Herrejon: | I don't know anyone. |
| Agent: | They are the same ones that told you to go look for the people today? |
| Urueta-Herrejon: | Yes...(inaudible) |
| Agent: | Yes? |
| Urueta-Herrejon: | Yes. Some stayed to watch over us. There was 3 others there. |
| Agent: | How where they communicating with you? |
| Urueta-Herrejon: | They gave me a...how to get to the signals and all that. |
| Agent: | What did they give you? |

| | |
|---|---|
| Urueta-Herrejon: | How to get to the signals. |
| Agent: | To the stop? They gave you a radio? |
| Urueta-Herrejon: | A radio. |
| Agent: | What did you do with the radio? |
| Urueta-Herrejon: | I don't have it.  I must of dropped it.  I don't have it. |
| Agent: | Did you throw it away or what? |
| Urueta-Herrejon: | No, I did not throw it away. |
| Agent: | They did not find a radio in the truck. |
| Urueta-Herrejon: | No, I did not throw it away.  I stopped right away and I did not do anything else... |
| Agent: | So what happened to the radio? |
| Urueta-Herrejon: | No, I don't know. |
| Agent: | I know you don't have it.  I am asking you what you did with it. |
| Urueta-Herrejon: | It was right there. |
| Agent: | Why is it that the agents did not find anything in the car? |
| Urueta-Herrejon: | No, no, no...I don't know.  No, it was right there.  I don't have it.  I left it there.  I did not get anything. |
| Agent: | When you were... you say you did not see them behind you right? |
| Urueta-Herrejon: | No, really... |
| Agent: | It is what you keep telling me.  It's okay.  It's okay. Do you have another...when you entered 8 days ago, how did you enter? Legally or illegally? |
| Urueta-Herrejon: | Illegally. |
| Agent: | Okay.  Do you want to say anything regarding this matter? |

Urueta-Herrejon:   No.

Agent:   No.