# Exhibit B

**United States v. Urueta-Herrejon,**
**08cr0549-LAB**

**Interview of Israel Salmeron-Valle**

| | |
|---|---|
| Agent: | Sir, do you understand that our conversation is being recorded? |
| Salmeron-Valle: | Yes. |
| Agent: | I am an official of the United States' Department of Internal Security authorized to administer oaths and take testimony regarding the execution of immigration and naturalization laws and the internal security of the United States. I wish to take your declaration under oath due to you entering illegally into the United States, but before we ask you questions, you must understand your rights. You have the right to remain silent, anything you say can be used against you in a law, administrative or immigration proceeding. You have the right to speak to an attorney so he may counsel you before we question you and to have him present during the questioning. If you do not have money for an attorney, one can be provided for you before we ask you any questions if you wish. If you wish to answer our questions without an attorney you also have the right to stop answering until you speak to an attorney. Do you understand your rights? |
| Salmeron-Valle: | Yes. |
| Agent: | Are you now willing to answer my questions today, under oath without an attorney? |
| Salmeron-Valle: | Yes. |
| Agent: | Please raise your right hand. Do you swear. . . Do you solemnly swear that all the statements you make will be the truth and nothing but the truth so help you God? |
| Salmeron-Valle: | Yes. |
| Agent: | Please put your hand down. Tell me your complete and correct name. |
| Salmeron-Valle: | Israel Salmeron-Valle. |
| Agent: | Where were you born? |
| Salmeron-Valle: | Guerrero. |

Page 1 of 6

| | |
|---|---|
| Agent: | What date were you born? |
| Salmeron-Valle: | November 24, 1984. |
| Agent: | What country are you a citizen or national of? |
| Salmeron-Valle: | Mexico. |
| Agent: | Where do you live? |
| Salmeron-Valle: | Cuactemoc (inaudible) Community. |
| Agent: | When did you leave Guerrero? |
| Salmeron-Valle: | On Thursday. |
| Agent: | How did you leave Guerrero? |
| Salmeron-Valle: | In a bus. |
| Agent: | To where? |
| Salmeron-Valle: | To Mexico. |
| Agent: | After you got to Mexico, what happened? |
| Salmeron-Valle: | I got to Mexicali by plane. |
| Agent: | To Mexicali. When? |
| Salmeron-Valle: | Thursday. |
| Agent: | The same Thursday. How long were you in Mexicali? |
| Salmeron-Valle: | Just that night when we got there and Friday. |
| Agent: | Where did you stay? |
| Salmeron-Valle: | There in the airport. |
| Agent: | In the airport? |
| Salmeron-Valle: | Uh huh. |

| | |
|---|---|
| Agent: | After you were at the airport where did you go to? |
| Salmeron-Valle: | We went downtown to eat. |
| Agent: | And after that? |
| Salmeron-Valle: | No, well that is when they got us...when we were crossing over here. |
| Agent: | How long were you from the airport to where you got before you crossed? |
| Salmeron-Valle: | How? |
| Agent: | How did you get from the airport to before you crossed? |
| Salmeron-Valle: | Oh well, we went downtown first. |
| Agent: | And what happened? |
| Salmeron-Valle:: | They asked us if were we were coming here and we said yes. They said "we will cross you" |
| Agent: | Oh okay. After they left you before crossing, how much time passed before you started to cross? |
| Salmeron-Valle:: | Just one afternoon then at night they (inaudible) |
| Agent: | How did you cross to where you got? |
| Salmeron-Valle: | Walking. |
| Agent: | Walking. Then what happened? When you got to... You walked through the desert and what happened after? |
| Salmeron-Valle: | We were just walking. |
| Agent: | Did you cross through the canal of water? |
| Salmeron-Valle: | A canal of water. |
| Agent: | How did you cross it? |
| Salmeron-Valle: | Swimming. |

| | |
|---|---|
| Agent: | Swimming. After you crossed the canal how much time passed from when you came out of the water to when you got to where you got? |
| Salmeron-Valle: | About 40 minutes. |
| Agent: | You walked about 40 minutes? |
| Salmeron-Valle: | Uh huh. |
| Agent: | How did you know where to... where you were going? |
| Salmeron-Valle: | They were guiding us with the antennas. |
| Agent: | What happened to that guide? |
| Salmeron-Valle: | He went back. |
| Agent: | Immediately after you passed the water? |
| Salmeron-Valle: | Yes. |
| Agent: | After you got to...After you kept walking following the lights what happened? |
| Salmeron-Valle: | Well, the car that was supposedly going to take us got there and picked us up. |
| Agent: | What happened when the car got there? |
| Salmeron-Valle: | Nothing. We got on and they caught us. |
| Agent: | Who opened the door, the driver? |
| Salmeron-Valle: | Yes. |
| Agent: | Is it the driver in these photos? |
| Salmeron-Valle: | Uh huh |
| Agent: | Can you point him out please in these photos? |
| Salmeron-Valle: | Here. |

| | |
|---|---|
| Agent: | Let the record reflect he has pointed to picture number two of lineup number one. After you got together in the car what happened? |
| Salmeron-Valle: | No well, I don't know. They did not tell us anything. |
| Agent: | How long were you in the car? Did all of you get bunched up? |
| Salmeron-Valle: | We just bunched up like that. |
| Agent: | What happened? The car took off really fast? |
| Salmeron-Valle: | No it was not going very fast. |
| Agent: | Then what happened? |
| Salmeron-Valle: | I don't know. I just felt that the van pop. I said "it has a flat" and then I saw the lights. |
| Agent: | You saw when immigration turned on the lights? |
| Salmeron-Valle: | Yes. |
| Agent: | Then what happened? |
| Salmeron-Valle: | Well, that was it, they turned on the lights and that is it. |
| Agent: | Where were you going? |
| Salmeron-Valle: | To Los Angeles. |
| Agent: | Do you have family there? |
| Salmeron-Valle: | Uh huh. Yes my brothers. |
| Agent: | How much were you going to pay to go there? |
| Salmeron-Valle: | I think they were charging $1,000. |
| Agent: | $1,000? When were you going to pay? |
| Salmeron-Valle: | No, well I don't know. Just when... |
| Agent: | When you got there? |

Salmeron-Valle:   Yes.

Agent:   Okay. Do you want to say anything regarding this matter?

Salmeron-Valle:   No. Just that you let us go now, as soon as possible.

Conclusion