# Exhibit C

## United States v. Urueta-Herrejon, 08cr0549-LAB

### Interview of Zenai Salmeron-Valle

| | |
|---|---|
| Agent: | Sir, do you understand that our conversation is being recorded right? |
| Salmeron-Valle: | Uh huh, yes. |
| Agent: | I am an official of the United States' Department of Internal Security authorized to administer oaths and take testimony regarding the execution of immigration and naturalization laws and the internal security of the United States.  I wish to take your declaration under oath due to you entering illegally in to the United States, but before we ask you questions, you must understand your rights.  You have the right to remain silent, anything you say can be used against you in a law, administrative or immigration procedure.  You have the right to speak to an attorney so he may counsel you before we question you and to have him present during the questioning.  If you do not have money for an attorney, one can be provided for you before we ask you any questions if you wish.  If you wish to answer our questions without an attorney you also have the right to stop answering until you speak to an attorney.  Do you understand your rights? |
| Salmeron-Valle: | If I understand? |
| Agent: | Do you understand your rights? |
| Salmeron-Valle: | No, not really. |
| Agent: | Do you understand that we can talk...I can ask questions and you do not have to answer right now without an attorney, but you can answer without an attorney and if at any moment you want to stop the interview you can whenever you want to.  Those are your rights.  You can talk right now without one.  We can start to talk, if at any moment you want to stop the interview let me know and I can stop the interview.   Do you understand? |
| Salmeron-Valle: | Yes. |
| Agent: | Are you now willing to answer my questions today, under oath without an attorney? |
| Salmeron-Valle: | Yes. |

| | |
|---|---|
| Agent: | Please raise your right hand. Do you swear. Do you solemnly swear that all the statements you make will be the truth and nothing but the truth so help you God? |
| Salmeron-Valle: | Yes. |
| Agent: | Please put your hand down. Tell me your complete and correct name. |
| Salmeron-Valle: | Zenai Salmeron-Valle. |
| Agent: | Where where you born? |
| Salmeron-Valle: | In Guerrero. |
| Agent: | What date where were you born? |
| Salmeron-Valle: | February 28, 1979. |
| Agent: | What country are you a citizen or national of? |
| Salmeron-Valle: | (Inaudible) |
| Agent: | What country are you a citizen or national of? What country? |
| Salmeron-Valle | What country? |
| Agent: | What country are you a citizen of? |
| Salmeron-Valle: | Of Mexico. |
| Agent: | Where do you live? |
| Salmeron-Valle: | In Guerrero. |
| Agent: | When did you leave Guerrero? |
| Salmeron-Valle: | February 14th. |
| Agent: | To where? |
| Salmeron-Valle: | (Inaudible) |
| Agent: | When you left Guerrero, where did you go? |

| | |
|---|---|
| Salmeron-Valle: | There.  To Mexicali. |
| Agent: | How did you get from Guerrero to Mexicali? |
| Salmeron-Valle: | (Inaudible) I bought a plane ticket. |
| Agent: | Where did the plan take off from? |
| Salmeron-Valle: | Mexico. |
| Agent: | You went from Guerrero Mexico.  How did you move from Guerrero to Mexico? |
| Salmeron-Valle: | (Inaudible) bus...(inaudible) |
| Agent: | And from Mexico, how did you get to Mexicali? |
| Salmeron-Valle: | By plane. |
| Agent: | When did you get to Mexicali? |
| Salmeron-Valle: | Friday night. |
| Agent: | How long were you in Mexicali? |
| Salmeron-Valle: | One day. |
| Agent: | After you got to Mexicali, where did you stay? |
| Salmeron-Valle: | Where was I staying? |
| Salmeron-Valle: | In a hotel. |
| Agent: | When did you leave where you were staying to the place before crossing in to the United States? |
| Salmeron-Valle: | Where we stayed? |
| Agent: | No.  When did you leave? |
| Salmeron-Valle: | When did we leave? |
| Agent: | Yes. |

| | |
|---|---|
| Salmeron-Valle: | Yesterday. |
| Agent: | When you crossed, how did you cross? |
| Salmeron-Valle: | When we came here? |
| Agent: | Yes. |
| Salmeron-Valle: | Walking. |
| Agent: | How was it when you were walking? Was it desert, agriculture? |
| Salmeron-Valle: | It was desert. |
| Agent: | Then what? Did you cross through the canal of water? |
| Salmeron-Valle: | Uh huh. |
| Agent: | How did you cross it? |
| Salmeron-Valle: | In a little boat. |
| Agent: | After you crossed how did you know where to...where to go? |
| Salmeron-Valle: | (Inaudible)... straight...(inaudible) told us where were almost there. |
| Agent: | How much time did you walk until the car picked you up? |
| Salmeron-Valle: | About 40 minutes. . .He went back. |
| Agent: | What happened when then? The car got there? What happened? |
| Salmeron-Valle: | (Inaudible) and we got on. |
| Agent: | See these photos? Who was driving the car? |
| Salmeron-Valle: | I told the other one I think it looks like this one. |
| Agent: | For the record, he has pointed out picture number two of lineup number one. How long were you in the car? An estimate...before being stopped by ... |
| Salmeron-Valle: | How long did we travel? |

| | |
|---|---|
| Agent: | An estimate from when you got on to the time immigration got there? |
| Salmeron-Valle: | About 20... |
| Agent: | Where were you going? |
| Salmeron-Valle: | To Los Angeles. |
| Agent: | How much were you going to pay to get to Los Angeles? |
| Salmeron-Valle: | $1,000. |
| Agent: | Do you want to say anything regarding this matter? |
| Salmeron-Valle: | No. |

Conclusion