# Exhibit D

## United States v. Urueta-Herrejon,
## 08cr0549-LAB

### Interview of Bogar Paul Mendez-Palomino

| | |
|---|---|
| Agent: | Sir, do you understand that our conversation is being recorded right? |
| **Mendez-Palomino**: | Uh huh, yes. |
| Agent: | I am an official of the United States' Department of Internal Security authorized to administer oaths and take testimony regarding the execution of immigration and naturalization laws and the internal security of the United States.  I wish to take your declaration under oath due to you entering illegally in to the United States, but before we ask you questions, you must understand your rights.  You have the right to remain silent, anything you say can be used against you in a law, administrative or immigration proceeding.  You have the right to speak to an attorney so he may counsel you before we question you and to have him present during the questioning.  If you do not have money for an attorney, one can be provided for you before we ask you any questions if you wish.  If you wish to answer our questions without an attorney you also have the right to stop answering until you speak to an attorney.  Do you understand your rights? |
| **Mendez-Palomino**: | Yes. |
| Agent: | Are you now willing to answer my questions today, under oath without an attorney? |
| **Mendez-Palomino**: | Yes. |
| Agent: | Please raise your right hand.  Do you solemnly swear that all the statements you make will be the truth and nothing but the truth so help you God? |
| **Mendez-Palomino**: | Yes. |
| Agent: | Please put your hand down.  Tell me your complete and correct name. |
| **Mendez-Palomino**: | Bogar Paul Mendez-Palomino. |
| Agent: | Where were you born? |
| **Mendez-Palomino**: | Tepic, Nayarit. |

| | |
|---|---|
| Agent: | What date where were you born? |
| **Mendez-Palomino**: | February 28, 1986. |
| Agent: | What country are you a citizen or national of? |
| **Mendez-Palomino**: | Mexico. |
| Agent: | Where do you live? |
| **Mendez-Palomino**: | What community? |
| Agent: | Where do you live? |
| **Mendez-Palomino**: | The community? It is the community of Infonavid Mirador calle Astedolco #162. |
| Agent: | When did you leave Nayarit? |
| **Mendez-Palomino**: | On Wednesday, February 13th. |
| Agent: | To where? |
| **Mendez-Palomino**: | To Mexicali. |
| Agent: | How did you get from Nayarit to Mexicali? |
| **Mendez-Palomino**: | bus. |
| Agent: | When did you get to Mexicali? |
| **Mendez-Palomino**: | Thursday the 14th. |
| Agent: | After you got to Mexicali, where did you stay? |
| **Mendez-Palomino**: | With a friend.  With a friend's relative. |
| Agent: | How long were you there? |
| **Mendez-Palomino**: | The 2 days that I was here. |
| Agent: | When did you leave to cross to the United States? |

**Mendez-Palomino**: Yesterday.

Agent: How did you cross from Mexico to the United States?

**Mendez-Palomino**: Walking.

Agent: During that trip, what did you find? Was it desert, agriculture?

**Mendez-Palomino**: Desert.

**Agent:** Did you go through a bridge, a canal?

**Mendez-Palomino**: A canal.

Agent: How did you cross the canal?

**Mendez-Palomino**: In a boat.

Agent: How did you know to get to where you got?

**Mendez-Palomino**: Because the guide took us up to there and then the guide left us there so we could run to (inaudible).

Agent: After you came out of the canal about how much time did you walk until the truck picked you up?

**Mendez-Palomino**: About 40 minutes.

Agent: What happened when the car got there?

**Mendez-Palomino**: We opened the door and we got on because the driver told us to get on.

Agent: Okay. Can you show me here who was driving the car?

**Mendez-Palomino**: Kind of.

Agent: For the record, he showed picture number two of the lineup number one. When he took off, did he take off fast or slow?

**Mendez-Palomino**: He took off fast.

Agent: How much time passed until there was sirens and lights?

**Mendez-Palomino**: 20 minutes.

Agent:                    20 minutes.  What happened with that, what did he say?

**Mendez-Palomino**:      Not to... not to get up, but we got up.

Agent:                    Not to get up.  Then what happened?

**Mendez-Palomino**:      The patrol car stopped us.

**Agent:**                Where were you headed to?

**Mendez-Palomino**:      I don't know.  Twenty-nine Palms

Agent:                    About how much were you going to pay to...?

**Mendez-Palomino**:      $1,000.

Agent:                    Do you have family there?

**Mendez-Palomino**:      No.  A friend.

Agent:                    Anything you would like to say regarding this matter?

**Mendez-Palomino**:      No.

Conclusion