# Exhibit E

U.S. Department of Homeland Security        Notificación de Derechos y Solicitud de Resolución

Subject ID : 269839028        Event No: CAX0802000631
FINS #: 1070802656        Expediente No: A088 638 657

Nombre: Sergio URUETA-HERREJON

## NOTIFICACIÓN DE DERECHOS

Usted ha sido detenido porque los officiales de Inmigracion opina que se encuentra en los Estados Unidos ilegalmente. Tiene derecho a una audiencia ante el Tribunal de Inmigración, con el fin de decidir si puede permanecer en los Estados Unidos. En el caso de que Usted solicite esa audiencia, pudiera quedar detenido o tener derecho a la libertad bajo fianza hasta la fecha de la audiencia. Tiene la opción de solicitar el regreso a su país a la brevedad posible, sin celebre la audiencia.

Usted tiene derecho a comunicarse con un abogado u otro representante legal para que lo represente en la audiencia, o para responder a cualquier pregunta acerca de sus derechos conforme a la ley en los Estados Unidos. Si Usted se lo pide, is funcionario que le haya entregado esta Notificación le dará una lista de las asociaciones jurídicas que podrían representarlo gratuitamente o a poco costo. Tiene derecho a comunicarse con el servicio consular o diplomatico de su pais. h e d e usar el teléfono para llamar a un abogado, o a otro representante legal, o a un funcionario consular en cualguier momento anterior a su salida de los Estados Unidos.

## SOLICITUD DE RESOLUCION

_____ ☐ Solicito una audiencia ante el Tribunal de Inmigración que resuelva si puedo o no permanecer en
Iniciales los Estados Unidos.

_____ ☐ Considero que estaría en peligro se regreso a mi pais. Mi caso se trasladará al Tribunal de
Iniciales Inmigración para la celebración de una audiencia.

S.U.H ☒ Admito que estoy ilegalmente en los Estados Unidos, y no considera que estaría en peligro se regreso
Iniciales a mi pais. Renuncio a mi derecho a una audiencia ante el Tribunal de Inmigración. Deseo regresar a mi pais en cuanto se pueda disponer mi salida. Entiendo que pudiera permanecer detenido hasta mi salda.

_____        2/17/2008
Firma del sujeto        Fecha

## CERTIFICATION OF SERVICE

☐ Notice read by subject
☒ Notice read to subject by SARAH FELIX , in the Spanish language.

SARAH FELIX        None
Name of Immigration Officer (Print)        Name of Interpreter (Print)

_____        February 17, 2008   8:00 AM
Signature of Officer        Date and Time of Service

Form I-826 (08/01/07)