# Exhibit G

KAREN P. HEWITT
United States Attorney
REBECCA S. KANTER
Assistant U.S. Attorney
California State Bar No. 230257
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6747 / (619) 235-2757(Fax)
Email: rebecca.kanter@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr0549-LAB |
| Plaintiff, | |
| v. | DECLARATION OF BORDER PATROL AGENT THOMAS W. STEELE |
| SERGIO URUETA-HERREJON, | |
| Defendant. | |

I, Thomas W. Steele, declare under penalty of perjury that:

1.   I am a Border Patrol Agent. I have been so employed for five years.

2.   I have reviewed a compact disc containing the dispatch communications from February 17, 2008, from 5:23-5:50 a.m.

3.   It is clear from listening to the dispatch tape that the vehicle failed to yield.

4.   Specifically, at 5:29 a.m., "C275" announced that he observed that a "van-like vehicle" "FTY" going approximately 50 miles per hour. Based on my training and experience as a Border Patrol Agent as well as my review of reports, I know that "C275" is Border Patrol Agent Francisco Contreras's call sign. I also know that "FTY" is the acronym for "failure to yield."

5.   Based on my review of the dispatch tape, I know that at 5:30 a.m., "C329" requested permission from "C066" to spike the vehicle. Based on my training, experience and review of reports, I know that "C329s" is the call sign for Border Patrol Agent Jorge Vega-Torres and "C066"

is the call sign for Supervisory Border Patrol Agent Alexander Mills. Agent Mills granted permission to Agent Vega-Torres to deploy a controlled tire deflation device.

6. At 5:31 p.m., Agent Vega-Torres observes that the vehicle is still "FTY," i.e. failing to yield. At 5:32, Agent Vega-Torres says that he has "visual" and can see the "lights." Based on my training, experience, and review of reports, I understand that Agent Vega-Torres is indicating to Agent Contreras that he can see the van-like vehicle and can see Agent Contreras emergency signal lights engaged.

7. At 5:34 p.m., Agent Contreras confirms that the vehicle was "stopped" and announces "positive spike." Based on my training, experience, and review of reports, I understand that "positive spike" means that a controlled tire deflation device ("CTDD") was successfully deployed on the vehicle's tires.

DATED: April 4, 2008.

THOMAS W. STEELE
Agent, United States Border Patrol

2