KAREN P. HEWITT
United States Attorney
REBECCA S. KANTER
Assistant U.S. Attorney
California State Bar No. 230257
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No: (619) 557-6747

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0549-LAB |
| Plaintiff, ) | |
| ) | APPLICATION FOR ORDER |
| v. ) | ALLOWING RESPONSE IN EXCESS |
| ) | OF 25 PAGES AND ORDER THEREON |
| SERTIO URUETA-HERREJON, ) | |
| Defendant. ) | |

COMES NOW, the plaintiff, UNITED STATE OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Rebecca S. Kanter, Assistant United States Attorney, and hereby moves this court for an order granting leave for the United States to file a Response to Defendant's Motions in excess of 25 pages.

This application is made for the following reasons:

(1) Defendant's Memorandum of Points and Authorities in support of his motions is 33 pages.

(2) This Court granted Defendant leave to file a brief in excess of 25 pages based on the complexity of the issues.

//
//
//
//
//

(3)  The United States requires a comparable number of pages in order to respond to Defendant's various motions, including a motion to dismiss the indictment due to improper grand jury instructions and three motions to suppress.

Dated: April 8, 2008.

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          s/ Rebecca Kanter

          REBECCA S. KANTER
          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>              v.<br><br>SERGIO URUETA-HERREJON,<br><br>                    Defendant. | ) Criminal Case No. 08cr0549-LAB<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY CERTIFIED THAT:

I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF 25 PAGES** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Steven F. Hubachek

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2008.

/s/ ***Rebecca Kanter***
REBECCA S. KANTER