**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:     (619) 234-8467
Facsimile:      (619) 687-2666
Email:           David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SERGIO URUETA-HERREJON,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. 08CR054-LAB

**NOTICE OF APPEARANCE AS CO-COUNSEL**

　　　　Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-counsel in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  April 10, 2008　　　　　　　　　*/s/ DAVID M. C. PETERSON*
　　　　　　　　　　　　　　　　DAVID M.C. PETERSON
　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 10, 2008                          /s/ DAVID M. C. PETERSON
                                                DAVID M.C. PETERSON
                                                Federal Defenders of San Diego, Inc.
                                                225 Broadway, Suite 900
                                                San Diego, CA  92101-5030
                                                (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
                                                David_Peterson@fd.org (email)