# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0549-LAB |
| Plaintiff, ) | |
| v. ) | ORDER |
| SERGIO URUETA-HERREJON, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Government may file a Response and Opposition to Defendant's Motions in excess of 25 pages.

DATED: 4-10-08

_Larry A. Burns_
HONORABLE LARRY A. BURNS
UNITED STATES DISTRICT JUDGE