CIRO HERNANDEZ, ESQ., SB# 174791
Law Office of Ciro Hernandez
551 Third Avenue
Chula Vista, Ca 91910
Telephone:    (619) 266-0389

Attorney for Material Witness

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>SERGIO URUETA-HERREJON<br><br>　　　　Defendant. | Criminal No: 08cr0549LAB<br>ORDER RELEASING MATERIAL<br>WITNESS |

OK PER CRD

　　　　On application of Ciro Hernandez, Attorney for the below-named material witness,

IT IS HEREBY ORDERED that the following person heretofore committed to the custody of the United States Marshal as material witnesses be released to the Department of Homeland Security.

　　　　BOGAR PAUL-MENDEZ

DATED 4/17/08

_____
UNITED STATES MAGISTRATE COURT JUDGE

Approved as to form:

_____
for REBECCA KANTER
Assistant U.S. Attorney

_____
STEVEN HUBACHEK
Attorney for Sergio Urueta-Herrejon