## CERTIFICATE OF SERVICE

U.S. v. SERGIO URUETA-HERREJON, No.  08CR0549-LAB
SENTENCING MEMO

  Counsel for Defendant certifies that the SENTENCING MEMORANDUM filed on July 8, 2008 is true and accurate to the best information and belief, and that a copy of the document was caused to be delivered upon:

  Courtesy Copy to Chambers, July 9, 2008
  Copy to Assistant U.S. Attorney via ECF NEF, July 8, 2008.


Dated:  July 9, 2008         /s/ DAVID M. PETERSON
                Federal Defenders of San Diego, Inc.
                225 Broadway, Suite 900
                San Diego, CA 92101
                Telephone: (619) 234.8467
                Email: David_Peterson@fd.org